Brian Audette  The Honorable: PAMELA S. HOLLIS
Perkins Coie LLP  Chapter  7
131 South Dearborn St  Location:  219 S. Dearborn, Courtroom 644, Chicago, IL
Ste. 1700  Hearing Date:  / /
Chicago, IL  60603-5559  Hearing Time:
(312) 324-8534  Response Date:  / /

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FINATO, LAURA J. § Case No. 11-37671
ANDERSON, BRIAN §
INC. F&A CONSULTING GROUP §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 16, 2011.  The undersigned trustee was appointed on September 16, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of    $   7,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $   7,500.00 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 01/30/2013 and the deadline for filing governmental claims was 03/14/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,500.00, for a total compensation of $1,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2014          By:/s/Brian Audette
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-37671  
**Case Name:** FINATO, LAURA J.  
ANDERSON, BRIAN  
**Period Ending:** 02/11/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/16/11 (f)  
**§341(a) Meeting Date:** 10/12/11  
**Claims Bar Date:** 01/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant Lot at 7738 S. Jeffery, Chicago, IL  (See Footnote) | 35,000.00 | 35,000.00 | | 1,500.00 | FA |
| 2 | Residence at 238 Willow Street, Inverness, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | Lot FG11 at 9938 W. Winslow Road, Durand, IL  (See Footnote) | 10,000.00 | 10,000.00 | | 3,000.00 | FA |
| 4 | Lot FG12 at 9938 W. Winslow Road, Durand, IL  (See Footnote) | 10,000.00 | 10,000.00 | | 3,000.00 | FA |
| 5 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 6 | CD - Harris Bank | 5,496.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account - First American Bank | 400.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 11 | IRA - Cambridge Investment Research | 390,145.00 | 0.00 | | 0.00 | FA |
| 12 | Roth IRA - Purnam Investments | 3,177.45 | 0.00 | | 0.00 | FA |
| 13 | Shares in F&A Consulting Group Inc. | 200,000.00 | 0.00 | | 0.00 | FA |
| 14 | Shares of Titus Properties, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Loan to Warren Cassier, Gurnee, IL 5-6-2003 | Unknown | Unknown | | 0.00 | FA |
| 16 | Health Savings Account - First American Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Signature 34 RK Trailer | 7,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 Subaru Station Wagon | 2,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 Carriage Trailer | 22,000.00 | 0.00 | | 0.00 | FA |
| 20 | IRA Annuity | 286,676.34 | 0.00 | | 0.00 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$1,281,094.79** | **$55,000.00** | | **$7,500.00** | **$0.00** |

RE PROP# 1   Investigating this asset.  
RE PROP# 3   Investigating this asset  
RE PROP# 4   Investigating this asset

Printed: 02/11/2014 10:52 AM    V.13.14

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-37671  
**Case Name:** FINATO, LAURA J.  
ANDERSON, BRIAN  
**Period Ending:** 02/11/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/16/11 (f)  
**§341(a) Meeting Date:** 10/12/11  
**Claims Bar Date:** 01/30/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

An Order Approving Trustee's Sale of Debtor's Real Estate was entered on March 5, 2013.  I have requested and am awaiting a trustee's deed from Debtors' counsel so I may proceed with the closing of this case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 02/11/2014 10:52 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-37671  
**Case Name:** FINATO, LAURA J.  
ANDERSON, BRIAN  
**Taxpayer ID #:** **-***7968  
**Period Ending:** 02/11/14

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/13 | | Laura J. Finato | | | 7,500.00 | | 7,500.00 |
| | {1} | | 1,500.00 | 1110-000 | | | 7,500.00 |
| | {3} | | 3,000.00 | 1110-000 | | | 7,500.00 |
| | {4} | | 3,000.00 | 1110-000 | | | 7,500.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.00 | 0.00 | **$7,500.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **7,500.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7966** | 7,500.00 | 0.00 | 7,500.00 |
| | **$7,500.00** | **$0.00** | **$7,500.00** |

{} Asset reference(s)

Printed: 02/11/2014 10:52 AM    V.13.14

# Claims Register

### Case: 11-37671   FINATO, LAURA J.

Claims Bar Date: 01/30/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>09/16/11 |  | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |
| 1 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/01/12 |  | $383,071.57<br>$383,071.57 | $0.00 | $383,071.57 |
| 2 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/29/12 |  | $12,793.60<br>$12,793.60 | $0.00 | $12,793.60 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/29/12 |  | $1,011.08<br>$1,011.08 | $0.00 | $1,011.08 |
| 4 | Scopelitis<br>10 West Market Street Ste 1500<br>Indianapolis, IN 46204<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/10/13 |  | $29,342.17<br>$29,342.17 | $0.00 | $29,342.17 |
| 5 | Laborers' Pension and Health and Welfare Funds<br>Office of Fund Counsel<br>111 W Jackson Blvd, Suit 1415<br>Chicago, IL 60604<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/30/13 |  | $30,169.03<br>$30,169.03 | $0.00 | $30,169.03 |
|  |  |  | **Case Total:** |  | **$0.00** | **$457,887.45** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-37671
Case Name: FINATO, LAURA J.
Trustee Name: Brian Audette

**Balance on hand:**     $     7,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     7,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid for chapter 7 administration expenses:     $     1,500.00
Remaining balance:     $     6,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     6,000.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $     0.00
Remaining balance:     $     6,000.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 456,387.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | BMO Harris Bank N.A. f/k/a Harris N.A. | 383,071.57 | 0.00 | 5,036.15 |
| 2 | Capital One Bank (USA), N.A. | 12,793.60 | 0.00 | 168.19 |
| 3 | Capital One Bank (USA), N.A. | 1,011.08 | 0.00 | 13.29 |
| 4 | Scopelitis | 29,342.17 | 0.00 | 385.75 |
| 5 | Laborers' Pension and Health and Welfare Funds | 30,169.03 | 0.00 | 396.62 |

Total to be paid for timely general unsecured claims: $ 6,000.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**