Case 11-37671    Doc 45    Filed 02/11/14    Entered 02/14/14 02:03:32    Desc Imaged
Certificate of Notice    Page 1 of 7

| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter  7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 03/13/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FINATO, LAURA J. | § | Case No.  11-37671 |
| ANDERSON, BRIAN | § | |
| INC. F&A CONSULTING GROUP | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/13/2014 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/11/2014          By:  Brian A. Audette
                                                    Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 03/13/2014 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FINATO, LAURA J. § Case No. 11-37671
     ANDERSON, BRIAN §
     INC. F&A CONSULTING GROUP §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,500.00 |
| **Balance on hand:** | $ 7,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,500.00 |
| Remaining balance: | $ 6,000.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,000.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 456,387.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. f/k/a Harris N.A. | 383,071.57 | 0.00 | 5,036.15 |
| 2 | Capital One Bank (USA), N.A. | 12,793.60 | 0.00 | 168.19 |
| 3 | Capital One Bank (USA), N.A. | 1,011.08 | 0.00 | 13.29 |
| 4 | Scopelitis | 29,342.17 | 0.00 | 385.75 |
| 5 | Laborers' Pension and Health and Welfare Funds | 30,169.03 | 0.00 | 396.62 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,000.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:                                     $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:                        $          0.00

Prepared By:  /s/Brian Audette
                      Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-37671-PSH
Laura J. Finato                                                     Chapter 7
Brian Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 2           Date Rcvd: Feb 11, 2014
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2014.
db/jdb         #+Laura J. Finato,    Brian Anderson,    238 Willow Street,    Barrington, IL 60010-5812
17801268       +American Home Mortgage,    4600 Regent Blvd,    Suite 200,    Irving, TX 75063-2478
19648002       +BMO Harris Bank N.A. f/k/a Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4014
17801269       +Brites Cartage, Ltd.,    17001 State Street,    South Holland, IL 60473-2846
17801270       +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
19745903        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
17801271       +Chapman and Cutler,    111 West Monroe Street,    Chicago, IL 60603-4080
17801273       +City of Chicago,   333 South State Street,    Chicago, IL 60604-3900
17801272       +City of Chicago,    Water Department,    333 South State Street,    Chicago, IL 60604-3900
17801274        Codlis and Associates,    15 W 030 North Frontage Road,    Suite 100,    Willowbrook, IL   60527
17801275       +Department of Revenue,    121 North LaSalle Street,    Room 107A,    Chicago, IL 60602-1288
17801276       +Elias Gordan,    PO Box 60,    Palos Park, IL 60464-0060
17801277      #+F&A Consulting Group, Inc.,    238 Willow Street,    Barrington, IL 60010-5812
20722280     +++GE Capital Retail Bank (Care Credit Cosmetic),    Recovery Management Systems Corporation,
                 Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
17801281       +Harris Bank,    111 West Monroe Street,    Chicago, IL 60603-4095
17801282       +Jeff Whitehead,    211 W Wacker Drive,    Suite 750,    Chicago, IL 60606-1353
17801283       +Laborers Pension and Welfare,    11465 Cermak Road,    Westchester, IL 60154-5771
19981409       +Laborers' Pension and Health and Welfare Funds,    Office of Fund Counsel,
                 111 W Jackson Blvd, Suit 1415,    Chicago, IL 60604-3868
17801284       +PNC Bank,    249 Fifth Avenue,    Pittsburgh, PA 15222-2707
17801285       +Sallie Mae,    12061 Bluemont Way,    Reston, VA 20190-5684
17801286       +Scopelitis,    10 West Market Street Ste 1500,    Indianapolis, IN 46204-2965
17801287       +Sugar Shores RV Resort Condo,    9938 West Winslow Road,    Durand, IL 61024-9744
17801288        Talan & Ktsanes,    233 West Jackson,    #512,    Chicago, IL  60606
17801289       +Wells Fargo,    PO Box 54349,    Los Angeles, CA 90054-0349
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17801267       +E-mail/Text: bkr@cardworks.com Feb 11 2014 21:43:55      Advanta,    PO Box 5657,
                 Hicksville, NY 11802-5657
17801280       +E-mail/Text: ally@ebn.phinsolutions.com Feb 11 2014 21:44:09      GMAC,    PO Box 9001719,
                 Louisville, KY 40290-1719
                                                                                                               TOTAL: 2

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17801279*      +Brian Anderson,    238 Willow Street,    Barrington, IL 60010-5812
17801278*      +Laura J. Finato,    238 Willow Street,    Barrington, IL 60010-5812
                                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2014                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
          Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
          Christina K Krivanek    on behalf of Creditor    Laborers' Pension Fund and Laborers' Welfare Funds
           for Health & Welfare Dept of Construction and General Laborers Dist Councel of Chgo & Vicinity
           christinak@chilpwf.com,    fundcounsel@gmail.com;vedranaa@chilpwf.com

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Feb 11, 2014
                               Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James Patrick Sullivan   on behalf of Creditor   BMO Harris Bank N.A. as successor to Harris N.A. jsulliva@chapman.com
      Jeff A Whitehead   on behalf of Debtor Laura J. Finato jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
      Jeff A Whitehead   on behalf of Joint Debtor Brian  Anderson jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
      Joel P Fonferko   on behalf of Creditor   GMAC Mortgage, LLC ND-One@il.cslegal.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                 TOTAL: 7