**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FINATO, LAURA J. § | Case No. 11-37671 |
| ANDERSON, BRIAN § | |
| INC. F&A CONSULTING GROUP § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $1,226,094.79         Assets Exempt: $998,098.79
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $6,000.00         Claims Discharged
>                                                    Without Payment: $450,387.45
>
> Total Expenses of Administration: $1,500.00

3) Total gross receipts of $    7,500.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 456,387.45 | 456,387.45 | 6,000.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $457,887.45 | $457,887.45 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on September 16, 2011. The case was pending for 33 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2014            By: /s/Brian Audette
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Lot at 7738 S. Jeffery, Chicago, IL | 1110-000 | 1,500.00 |
| Lot FG11 at 9938 W. Winslow Road, Durand, IL | 1110-000 | 3,000.00 |
| Lot FG12 at 9938 W. Winslow Road, Durand, IL | 1110-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,500.00** | **$1,500.00** | **$1,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. f/k/a Harris N.A. | 7100-000 | N/A | 383,071.57 | 383,071.57 | 5,036.15 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 12,793.60 | 12,793.60 | 168.19 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,011.08 | 1,011.08 | 13.29 |
| 4 | Scopelitis | 7100-000 | N/A | 29,342.17 | 29,342.17 | 385.75 |
| 5 | Laborers' Pension and Health and Welfare Funds | 7100-000 | N/A | 30,169.03 | 30,169.03 | 396.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $456,387.45 | $456,387.45 | $6,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37671  
**Case Name:** FINATO, LAURA J.  
ANDERSON, BRIAN  
**Period Ending:** 07/01/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/16/11 (f)  
**§341(a) Meeting Date:** 10/12/11  
**Claims Bar Date:** 01/30/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant Lot at 7738 S. Jeffery, Chicago, IL  (See Footnote) | 35,000.00 | 35,000.00 | | 1,500.00 | FA |
| 2 | Residence at 238 Willow Street, Inverness, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | Lot FG11 at 9938 W. Winslow Road, Durand, IL  (See Footnote) | 10,000.00 | 10,000.00 | | 3,000.00 | FA |
| 4 | Lot FG12 at 9938 W. Winslow Road, Durand, IL  (See Footnote) | 10,000.00 | 10,000.00 | | 3,000.00 | FA |
| 5 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 6 | CD - Harris Bank | 5,496.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account - First American Bank | 400.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 11 | IRA - Cambridge Investment Research | 390,145.00 | 0.00 | | 0.00 | FA |
| 12 | Roth IRA - Purnam Investments | 3,177.45 | 0.00 | | 0.00 | FA |
| 13 | Shares in F&A Consulting Group Inc. | 200,000.00 | 0.00 | | 0.00 | FA |
| 14 | Shares of Titus Properties, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Loan to Warren Cassier, Gurnee, IL 5-6-2003 | Unknown | Unknown | | 0.00 | FA |
| 16 | Health Savings Account - First American Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Signature 34 RK Trailer | 7,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 Subaru Station Wagon | 2,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 Carriage Trailer | 22,000.00 | 0.00 | | 0.00 | FA |
| 20 | IRA Annuity | 286,676.34 | 0.00 | | 0.00 | FA |
| 20 | **Assets  Totals** (Excluding unknown values) | **$1,281,094.79** | **$55,000.00** | | **$7,500.00** | **$0.00** |

RE PROP# 1    Investigating this asset.  
RE PROP# 3    Investigating this asset  
RE PROP# 4    Investigating this asset

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37671
**Case Name:** FINATO, LAURA J.
ANDERSON, BRIAN
**Period Ending:** 07/01/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 09/16/11 (f)
**§341(a) Meeting Date:** 10/12/11
**Claims Bar Date:** 01/30/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TFR approved.  Final distributions generated in March of 2014.  Trustee will submit TDR once all distribution checks clear.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012        **Current Projected Date Of Final Report (TFR):**     December 31, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-37671
**Case Name:** FINATO, LAURA J.
ANDERSON, BRIAN
**Taxpayer ID #:** **-***7968
**Period Ending:** 07/01/14

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******7966 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/13 | | Laura J. Finato | | | 7,500.00 | | 7,500.00 |
| | {1} | | 1,500.00 | 1110-000 | | | 7,500.00 |
| | {3} | | 3,000.00 | 1110-000 | | | 7,500.00 |
| | {4} | | 3,000.00 | 1110-000 | | | 7,500.00 |
| 03/13/14 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 6,000.00 |
| 03/13/14 | 102 | BMO Harris Bank N.A. f/k/a Harris N.A. | Dividend paid   1.31% on $383,071.57; Claim# 1; Filed: $383,071.57; Reference: | 7100-000 | | 5,036.15 | 963.85 |
| 03/13/14 | 103 | Capital One Bank (USA), N.A. | Dividend paid   1.31% on $12,793.60; Claim# 2; Filed: $12,793.60; Reference: | 7100-000 | | 168.19 | 795.66 |
| 03/13/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid   1.31% on $1,011.08; Claim# 3; Filed: $1,011.08; Reference: | 7100-000 | | 13.29 | 782.37 |
| 03/13/14 | 105 | Scopelitis | Dividend paid   1.31% on $29,342.17; Claim# 4; Filed: $29,342.17; Reference: | 7100-000 | | 385.75 | 396.62 |
| 03/13/14 | 106 | Laborers' Pension and Health and Welfare Funds | Dividend paid   1.31% on $30,169.03; Claim# 5; Filed: $30,169.03; Reference: | 7100-000 | | 396.62 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 7,500.00 | 7,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7966** | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |